```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


KEVIN SMITH,                          )
                                      )
              Petitioner,             )
                                      )
       vs.                            )     No. 4:03CV354-DJS
                                      )
MICHAEL MURPHY,                       )
                                      )
              Respondent.             )
```

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.


Dated this   11th   day of January, 2006.


                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE